# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **EMMANUEL WALKER** | : |
| Plaintiff | : |
| vs. | : Case No. C2-06-703 |
| **CITY OF COLUMBUS, et al.** | : JUDGE HOLSCHUH |
| Defendant | : MAGISTRATE JUDGE KEMP |

## DISMISSAL ENTRY

This matter came before the Court upon the Motion of Plaintiff, Emmanuel Walker.  The Court finds the Motion well-taken and adopts the Joint Stipulations and dismisses this case, with prejudice.

Plaintiff shall be responsible for his attorney fees and costs and Defendants shall be responsible for their attorney fees and costs.  Plaintiff shall be responsible for all Court costs.

```
/s/ Terence P. Kemp
United States Magistrate Judge
```

Approved:

   /s/ Dorothy S. Painter
Dorothy S. Painter  (0066545)
P.O. Box 2185
Westerville, OH  43086
(614) 262-2724
Attorney for Plaintiff

 /s/ David E. Peterson
David E. Peterson
Assistant City Attorney
90 West Broad Street, Room 200
Columbus, OH  43215-9013
Attorney for Defendants